No. 400, October Term, 1961. CENTRAL RAILROAD COMPANY OF PENNSYLVANIA *v.* PENNSYLVANIA, 370 U. S. 607. Motion to recall the mandate, presented to MR. JUSTICE HARLAN and by him referred to the Court, denied. Petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this motion and application.

No. 919, October Term, 1961. GONDECK *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL., 370 U. S. 918. Motion for leave to file a supplement to the petition for rehearing granted. Petition for rehearing denied.

No. 1178, Misc., October Term, 1961. GARCIA *v.* TURNER, 370 U. S. 950. Motion for leave to file petition for rehearing denied.

No. 370. ACCARDO *v.* HOFFMAN, U. S. DISTRICT JUDGE. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Petition dismissed pursuant to Rule 60 of the Rules of this Court. *Stanford Clinton* and *Maurice J. Walsh* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Theodore George Gilinsky* for respondent.